## DELEGAL *v.* THE STATE.

BY THE COURT. This case being for decision by a full bench of six Justices, and they being evenly divided in opinion, the judgment of the court below stands affirmed by operation of law. 　　　*Judgment affirmed.*

Argued October 17, 1900. — Decided March 25, 1901.

Motion for rehearing denied April 4, 1901.

Conviction of voluntary manslaughter. Before Judge Seabrook. Effingham superior court. July 13, 1900.

*R. J. Travis, Twiggs & Oliver*, and *J. L. Travis*, for plaintiff in error. *Livingston Kenan, solicitor-general*, contra.